**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DENNIS CONKLIN**                                                              **PLAINTIFF**

**V.**                          **CASENO.  5:19-CV-05190**

**SHERIFF SHAWN HOLLOWAY;**
**OFFICER FRISCHMAN;**
**OFFICER SIMER; and OFFICER**
**ARCHARGELSKY**                                                    **DEFENDANTS**

<u>**OPINION AND ORDER**</u>

Plaintiff Dennis Conklin filed this action pursuant to 42 U.S.C. §1983.   He proceeds *pro se* and *in forma pauperis.*

When he filed this case, Conklin was specifically advised that he was required to immediately inform the Court of any change of address.  *See* Doc. 3. If Plaintiff was transferred or released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release.   Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On October 28, 2019, mail was returned to the Court as undeliverable with a notation that Conklin was no longer incarcerated at the Benton County Detention Center.  *See* Doc. 6. Conklin had until November 27, 2019, to provide the Court with his new address.

To date, Conklin has not provided a new address or contacted the Court in any way.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule

1

41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 5th day of December, 2019.

/s/Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE